UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on March 21, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: <u>16-33930-SLM</u>

Adv. No.:

In Re:

      Florance Dellaportas,

Debtor.

Hearing Date: 2/22/2017 @ 10:00 a.m.

Judge: <u>Stacey L. Meisel</u>

### ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

     The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 21, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Florance Dellaportas
Case No:  16-3393-SLM
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO
CONFIRMATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured

Creditor, Toyota Motor Credit Corporation, holder of a lien on a 2011 Jeep Compass, VIN

1J4NF1FB4BD240497, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's

chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned,

and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esq.,

attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of **March 15, 2017**, the automatic stay is

vacated as to the subject collateral; and

      It is further **ORDERED, ADJUDGED and DECREED** that after March 15, 2017, Secured

Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject

note and pursue its state court remedies, including sale of the subject vehicle; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor

and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to

confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33930-SLM
Florance Dellaportas                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 22, 2017
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db              +Florance Dellaportas,   19 Sayre Street,   Elizabeth, NJ 07208-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Florance  Dellaportas rbear611@aol.com,  lowlaw505@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 4