| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 26, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>    FLORANCE DELLAPORTAS | Case No.:  16-33930<br><br>Judge:  STACEY L. MEISEL |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 26, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  FLORANCE DELLAPORTAS

Case No.:  16-33930SLM

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of TOYOTA MOTOR CREDIT CORPORATION, Court Claim Number 1, be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.